| | |
|---|---|
| 1 | Byron W. Cooper (State Bar No. 166578) |
| | bcooper@goodwinprocter.com |
| 2 | Gregory S. Bishop (State Bar No. 184680) |
| | gbishop@goodwinprocter.com |
| 3 | Ruby Wayne Wood (State Bar No. 229538) |
| | rwood@goodwinprocter.com |
| 4 | GOODWIN PROCTER LLP |
| | 135 Commonwealth Drive |
| 5 | Menlo Park, CA 94025 |
| | Tel.: 650.752.3100 |
| 6 | Fax: 650.853.1038 |
| 7 | Attorneys for Plaintiff |
| | NEGOTIATED DATA SOLUTIONS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS LLC, | Case No. |
| Plaintiff, | Action pending in the United States District Court for the Eastern District of Texas (2:06-cv-528CE) |
| v. | **PLAINTIFF NEGOTIATED DATA SOLUTIONS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF OBJECTION UNDER SEAL** |
| DELL INC., | |
| Defendant. | |
| | Judge:  Hon. Howard R. Lloyd |
| | Date:   March 10, 2009 |
| | Time:   10:00 am |
| | Place:  Courtroom 2, 5th Floor |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiff Negotiated Data Solutions ("N-Data") hereby applies for an Order authorizing the filing of documents (specified below) under seal.

N-Data seeks to file the following documents under seal:

1. The unredacted version of Plaintiff's Opposition to Motion to Quash Subpoenas;

2. Exhibits H through I and O through S to Declaration of Ruby Wayne Wood in Support of Opposition to Motion to Quash Subpoenas.

The above-listed documents contain information designated "Highly Confidential" by NVIDIA. Accordingly, N-Data requests that the Court grant its narrowly tailored request.

Dated: February 3, 2009   Respectfully submitted,

/s/ Gregory S. Bishop
Gregory S. Bishop
Ruby Wayne Wood
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650.752.3100
Fax: 650.853.1038

Attorneys for Plaintiff
NEGOTIATED DATA SOLUTIONS LLC