1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  VICKIE FEEMAN (STATE BAR NO. 177487)
   vfeeman@orrick.com
3  JULIO C. AVALOS (STATE BAR NO. 255350)
   javalos@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    650-614-7400
6  Facsimile:     650-614-7401

7  Attorneys for Non-Party
   NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEGOTIATED DATA SOLUTIONS, LLC.<br><br>          Plaintiff,<br><br>   v.<br><br>DELL, INC.<br><br>          Defendant | Case No.  CV 09-80012 MISC<br><br>Action pending in the United States District Court for the Eastern District of Texas (2:06-cv-528-CE)<br><br>**DECLARATION OF JULIO C. AVALOS IN SUPPORT OF CONFIDENTIALITY DESIGNATION PURSUANT TO CIVIL L.R. 79-5**<br><br>Date:<br>Time:<br>Judge:    Honorable Howard Lloyd<br>Place;    Courtroom 2, 5th Floor |

- 1 -

DECLARATION OF J. AVALOS IN SUPPORT OF
CONFIDENTIALITY DESIGNATION
CASE NO. CV 09-80012

I, Julio C. Avalos, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Non-Party NVIDIA Corporation ("NVIDIA"). I make this Declaration pursuant to Northern District of California Civil Local Rule 79-5. I am an active member in good standing of the California State Bar. As set forth herein, I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify thereto.

2. On February 3, 2009, Plaintiff Negotiated Data Solutions ("N-Data") filed an Administrative Motion to File Portions of Objection Under Seal. Through that Motion, Plaintiffs sought to file under seal (1) an unredacted version of Plaintiff's Opposition to Motion to Quash Subpoenas; (2) Exhibits H through I and O through S to the Declaration of Ruby Wayne Wood In Support of Plaintiff's Opposition to NVIDIA's Motion to Quash Subpoenas.

3. Exhibit H to Ms. Wood's Declaration is a highly confidential four-page document entitled "MCP5x – Azalia Unit: Internal Architecture Specification (IAS)."

4. Exhibit I to Ms. Wood's Declaration is a highly confidential twenty-four page document entitled "MCP5x – Azalia Unit: Internal Architecture Specification (IAS)."

5. Exhibit O to Ms. Wood's Declaration is a highly confidential, untitled document demonstrating dynamic "FIFO" settings used in certain NVIDIA chipsets. FIFO is an acronym for "first in, first out," a form of data abstraction used to demonstrate ways of organizing and manipulating data relative to time and prioritization.

6. Exhibit P to Ms. Wood's Declaration is a highly confidential twenty-four page document entitled "MCP5x – Azalia Unit: Internal Architecture Specification (IAS)."

7. Exhibit Q to Ms. Wood's Declaration is a highly confidential document entitled "1.0 MCP51 Audio Clocking and Power Management."

8. Exhibit R to Ms. Wood's Declaration is a highly confidential document entitled "EHCI and OHCI Proposals for Power Management."

9. Exhibit S to Ms. Wood's Declaration is a highly confidential document entitled "EHCI – Enhanced Host Controller Interface for USB – Internal Architecture Specification (IAS)."

1   10.   The unredacted version of Defendant's Opposition to NVIDIA's Motion to Quash contains on page 6 an enumerated list of these Exhibits and purports to briefly describe the exhibits' contents.

11.   The information contained in the above exhibits and the references to those exhibits made in Defendants' Opposition is highly confidential technical information public disclosure of which would result in harm to non-party NVIDIA.  NVIDIA designated these documents as "HIGHLY CONFIDENTIAL" pursuant to the Protective Order in place in this matter's underlying litigation.  These documents are not publicly available.  They are kept confidential in the normal course of NVIDIA business and are used by internal engineering teams at NVIDIA in the development and chronicling of NVIDIA chips and chipsets.  The information contained on these documents is protectable as a trade secret as it derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use.  The trade secrets contained in the exhibits to Ms. Wood's Declaration and the references made to those trade secrets in the body of N-Data's Opposition brief refer to the inner workings of NVIDIA chips and chipsets.

12.   Due to the technical nature of these documents and the narrow niche of uses for the information contained thereupon, it is my opinion that their sealing would not disserve the public interest.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March, 2009, at Menlo Park, California.

                                               /s/ Julio C. Avalos /s/
                                                 Julio C. Avalos

DECLARATION OF J. AVALOS IN SUPPORT OF
CONFIDENTIALITY DESIGNATION
CASE NO. CV 09-80012

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 16, 2009.

Dated: March 16, 2009             Respectfully submitted,

                                  /s/ Julio C. Avalos /s/
                                  Julio C. Avalos

OHS West:260627071.1

- 1 -

DECLARATION OF J. AVALOS IN SUPPORT OF
CONFIDENTIALITY DESIGNATION
CASE NO. CV 09-80012